Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−25441
Chapter: 7
Judge: Pamela S. Hollis

In Re:
 Monica Vidette Broadway
 aka Monica Vidette Broadway, aka Monica
 Vidette Campbell
 105 S Highpoint Drive
 Apartment 208
 Romeoville, IL 60446

Social Security No.:
 xxx−xx−0508

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

Joliet City Hall, 150 W Jefferson Street, 2nd Floor, Joliet, IL 60432

on October 19, 2018 at 10:00 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: September 26, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Monica Vidette Broadway
105 S Highpoint Drive
Apartment 208
Romeoville, IL 60446
SSN: xxx−xx−0508 EIN: N.A.

Case No. :   18−25441
Chapter :   7
Judge :   Pamela S. Hollis

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Schedule E/F (Form 106E/F).**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: September 26, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 18-25441-PSH
Monica Vidette Broadway                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan          Page 1 of 2          Date Rcvd: Sep 26, 2018
                              Form ID: ntchrgRq        Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.
```
db            +Monica Vidette Broadway,    105 S Highpoint Drive,    Apartment 208,    Romeoville, IL 60446-3835
27065117      +Capital One Auto Finance,    CB Disputes Team,    PO Box 259407,    Plano TX 75025-9407
27065236       Citibank NA,    701 East 80th North,    Sioux Falls SD 57104
27065225       Collections Professionals,    PO Box 416,    La Salle IL 61301-0416
27065121       Creditors Discount & Aud,    PO Box 213,    Streator IL 61364-0213
27103381      +Dionna Davis,    105 S Highpoint Drive #208,    Romeoville, IL 60446-3835
27065118       FedLoan Servicing,    PO Box 60510,    Harrisburg PA 17106
27065123      +First Premier Bank,    3820 N Louise ave,    Sioux Falls SD 57107-0145
27065231      +Franklin Collection Svc,    2978 W Jackson Blvd,    Tupelo MS 38801-6731
27065133      +Lincoln Way Medical Assoc,    250 E Maple Street,    New Lenox IL 60451-1871
27103379      +Marquette Management,    Highpoint Apartments,    135 Water Street 4th Floor,
                Naperville, IL 60540-5338
27065222       Medical Business Bureau,    PO Box 1219,    Park Ridge IL 60068-7219
27065132      +Medical Pain Treatment Centers,    2100 Glenwood Ave,    Joliet IL 60435-5487
27065232      +Merchant's Credit Guide,    223 W Jackson Blvd Ste 700,    Chicago IL 60606-6914
27065128      +Sallie Mae,    123 Justison Street,    3rd Floor,    Wilmington DE 19801-5360
27065230      +Silver Cross Hospital,    1900 Silver Cross Blvd,    New Lenox IL 60451-9509
27103380      +Steven M Broadway SR,    105 S Highpoint Drive #208,    Romeoville, IL 60446-3835
27065138      +The Illinois Tollway,    PO Box 5544,    Chicago IL 60680-5491
27065129      +US Dept of Education,    2401 International,    PO Box 7859,    Madison WI 53707-7859
27065131      +Xfinity/Comcast,    ONe Comcast Center,    Philadelphia PA 19103-2833
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
27065179       E-mail/Text: g17768@att.com Sep 27 2018 02:01:58      ATT,   PO Box 5014,
                Carol Stream IL 60197-5014
27065223      +E-mail/Text: cashnotices@gmail.com Sep 27 2018 02:03:51      Americash Loans,    PO Box 184,
                Des Plaines IL 60016-0003
27065224      +E-mail/Text: RBALTAZAR@ARMORSYS.COM Sep 27 2018 02:04:12      Armor Systems Corp,
                1700 Kiefer Dr Ste 1,    Zion IL 60099-5105
27103378      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 27 2018 01:58:19
                Capital One Auto Finance,     P O Box 60511,    City of Industry, CA 91716-0511
27074935      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 27 2018 01:57:59
                Capital One Auto Finance, a division,    of Capital One, N.A. Department,
                c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
27065130      +E-mail/Text: khorner@checkintocash.com Sep 27 2018 02:04:03      Check Into Cash,
                201 Keith St SW Ste 80,    Cleveland TN 37311-5867
27065122       E-mail/PDF: creditonebknotifications@resurgent.com Sep 27 2018 02:09:01      Credit One Bank,
                PO Box 98872,    Las Vegas NV 89193-8872
27065237      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 27 2018 02:02:01      Kohls Cap One,
                PO Box 3115,    Milwaukee wI 53201-3115
27065119      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 27 2018 02:02:01      Kohls Department Store,
                PO Box 3115,    Milwaukee WI 53201-3115
27065126       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2018 01:58:00
                Portfolio Recovery,    120 Corporate Blvd,    Suite 100,    Norfolk VA 23502
27065127      +E-mail/Text: clientservices@receivemorerrmp.com Sep 27 2018 02:03:57
                Receivables Management Partners LLC,    2250 E Devon AVe Ste 245,    Des Plaines IL 60018-4518
27065124      +E-mail/Text: bankruptcy@sccompanies.com Sep 27 2018 02:04:33      Swiss Colony,    1515 S 21st St,
                Clinton IA 52732-6676
27067120      +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 01:58:16      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
27065120       E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 01:57:58      Syncrony Bank/Walmart,
                PO Box 965024,    Orlando FL 32896-5024
27065125      +E-mail/Text: bnc-bluestem@quantum3group.com Sep 27 2018 02:03:47      Webbank/Freshstart,
                6250 Ridgewood Road,    Saint Cloud MN 56303-0820
                                                                                              TOTAL: 15
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1          User: esullivan              Page 2 of 2                  Date Rcvd: Sep 26, 2018
                              Form ID: ntchrgRq            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
                                                                                         TOTAL: 2
```