UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Monica Vidette Broadway | ) | BK No.: 18-25441 |
| | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |
| | ) | Adv. No.: |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

**ORDER GRANTING HIGHPOINT II OF ROMEOVILLE, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO 105 S HIGHPOINT DR, #208, ROMEOVILLE, IL 60446**

This cause coming to be heard on JHighpoint II of Romeoville, LLC's Motion for Relief from the Automatic Stay as to 105 S. Highpoint Drive, Apt. 208, Romeoville, IL 60446, proper notice having been given, and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

That the automatic stay pursuant to 11 U.S.C. 362 is MODIFIED as to permit Highpoint II of Romeoville, LLC's to proceed pursuant to non-bankruptcy law as to 105 S. Highpoint Drive, Apt. 208, Romeoville, IL 60446.

Enter: *[signature]*

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: October 12, 2018

**Prepared by:**

Amy E. Olson
Wiedel, Philipp, Indelicato & Olson
Counsel for Movant
4915 Main Street
Downers Grove, IL 60515
(630) 969-2300 / Attorney Code: 6304972